ACCEPTED
03-15-00153-CR
8331539
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/21/2015 4:33:08 PM
JEFFREY D. KYLE
CLERK

# SULLIVAN & ASSOCIATES, PLLC
## ATTORNEY CHARLES W. SULLIVAN
csullivan@lawcsullivan.com                          Cell: (210) 863-6340

| Canyon Lake Office | | New Braunfels Office | |
|---|---|---|---|
| 308 Campbell Drive | Tel: (830) 899-3259 | 267 W. Mill Street | Tel: (830) 606-6809 |
| Canyon Lake, Texas 78133 | Fax: (210) 579-6448 | New Braunfels, Texas 78130 | Fax: (830) 282-8016 |

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/21/2015 4:33:08 PM
JEFFREY D. KYLE
Clerk

December 21, 2015

TO WHOM IT MAY CONCERN:

Please be advised that I will be out of the office due to vacation on the following dates, and unavailable for hearings, settings or trials:

February 1, 2016 through February 8, 2016.

I would appreciate your cooperation in not setting any hearings and/or trials for any matter for which I am attorney of record during this time.  Thank you for your assistance.

Thank you in advance for your courtesies. Please feel free to contact my office with any questions.

Sincerely,

Charles W. Sullivan
State Bar No 24049421
Sullivan & Associates, PLLC

CC/ae

# FAX TRANSMITTAL

*Via Facsimile 512-393-7713*
Raven Bady
Valerie De Leon
John Whitinger
Hays County District Court Coordinator

*Via Facsimile 830-608-2030*
Savannah Maurer
District Court Coordinator Comal County

*Via Facsimile 830-303-8669*
Guadalupe County Clerk

*Via Facsimile 830-608-2006*
Comal County District Clerk

*Via Facsimile 830-868-4158*
Blanco County Clerk

*Via Facsimile 830-249-3472*
Kendall County Clerk

*Via Facsimile 806-775-7996*
Lubbock County Court at Law #3

*Via Facsimile 830-683-5376*
Edwards County Clerk

*Via e-mail misdemeanor@co.travis.tx.us*
Travis County Clerk

*Via e-mail hbeyer@tarrantcounty.com*
Tarrant County Probate Clerk

*Via Facsimile 512-943-1445*
Williamson County Clerk

*Via Facsimile 830-868-7417*
Blanco County Attorney

*Via Facsimile 325-347-8500*
Menard County District Attorney

*Via Facsimile 830-620-3424*
Kimberly Damuth
Comal County Court at Law #1

*Via Facsimile 830-620-0465*
Ashley Evans
Comal County Court at Law #2

*Via Facsimile 830-620-2021*
Comal County Clerk

*Via Facsimile 325-597-1731*
McCullough County Clerk

*Via Facsimile 830-249-3472*
Kendall County District Clerk

*Via Facsimile 806-775-1076*
Lubbock County Clerk

*Via Facsimile 830-232-6888*
Real District/County Clerk

*Via Facsimile 325-446-2986*
Kimble County Clerk

*Via Facsimile 512-393-7735*
Hays County Clerk

*Via Facsimile 409-765-3160*
Galveston County Clerk

*Via Facsimile 830-379-1943*
Guadalupe County District Clerk

*Via Facsimile 512-943-1255*
Williamson County District Attorney

*Via Facsimile 830-303-2137*
Guadalupe County District Attorney

*Via Facsimile 210-335-2313*
Bexar County District Attorney

*Via Facsimile 325-347-8404*
Kimble County District Attorney

*Via Facsimile 512-854-4951*
Travis County District Attorney

*Via Facsimile 830-608-2085*
Comal County Justice of the Peace #1

*Via Facsimile 830-620-3465*
Comal County Justice of the Peace #3

*Via e-*mail bgomez@dallascourts.org
Dallas County Tax Court Coordinator

*Via Facsimile 210-308-5669*
Jamie L Graham

*Via Facsimile 830-625-2033*
Phylis Offerman

*Via Facsimile 830-608-0449*
Justin Hoffman

*Via Facsimile 830-625-4433*
Paul Finley

*Via Facsimile 830-606-2036*
Gina Jones

*Via Facsimile 830-379-3714*
David Eveld

*Via Facsimile 936-336-5996*
Michelle Mangum-Merendino

*Via Facsimile 713-668-1980*
Jeff Seely

*Via Facsimile 830-629-5754*
Ron Zipp

*Via Facsimile 325-347-8404*
McCulloughCountyDistrict Attorney

*Via Facsimile 512-393-7619*
Hays County District Attorney

*Via Facsimile 830-608-2148*
New Braunfels Municipal Court

*Via Facsimile 830-438-3127*
Comal CountyJusticeof the Peace #2

*Via Facsimile 830-964-4798*
Comal CountyJusticeof the Peace #4

*Via Facsimile 409-986-9663*
*Via Facsimile 830-769-2723*
*Via Facsimile 210-930-3541*
*Via Facsimile 214-346-2689*
Office of the Attorney General

*Via Facsimile 512-878-8600*
Anna Martinez Boling

*Via Facsimile 830-608-0449*
Carter Casteel

*Via Facsimile 512-322-2096*
Mark Long

*Via Facsimile 830-629-2599*
Tracie Wright-Reneau

*Via Facsimile 866-748-3788*
Samira Lineberger

*Via Facsimile 210-656-1026*
Stacey Goodbread

*Via Facsimile 830-608-0449*
Cheryl Casteel

*Via Facsimile 512-323-3205*
McCreary,Veselka,Bragg&Allen,P.C.

*Via Facsimile 830-620-5334*
Atanacio Campos

*Via Facsimile 830-606-4511*
Wade Arledge

*Via Facsimile 512-821-1998*
Michael Chandler

*Via Facsimile 210-227-7575*
Letty Gavito

*Via Facsimile 281-617-4226*
Erin L. Groce

*Via Facsimile 830-606-4511*
Frank Suhr

*Via Facsimile 512-681-9600*
Bill Malone, Jr.

*Via Facsimile 830-608-9619*
David L. Nigh

*Via Facsimile 210-227-4700*
Rosa M. Cabeza

*Via Facsimile 512-396-5299*
Amy Lee Akers

*Via Facsimile 806-796-7365*
Abel Reyna, Jr.

*Via Facsimile 713-623-2793*
Gina V. Fulkerson

*Via Facsimile 830-964-4426*
Dwain Blaschke

*Via Facsimile 254-729-5540*
Michelle J. Latroy

*Via Facsimile 817-394-2522*
Lynn W. Kelly

*Via Facsimile 713-526-3750*
Andrew S. Golub

*Via Facsimile 512-396-7599*
David Morris

*Via Facsimile 210-695-7035*
Thomas F. Vickers IV

*Via Facsimile 830-629-2559*
Marilee Hazel Brown

*Via Facsimile 210-223-8817*
Jeanie Lee Droddy Cupit

*Via Facsimile 281-991-6012*
Dexter Joyner

*Via Facsimile 830-625-4433*
Jonathan H. Hull

*Via Facsimile 830-625-5777*
Kimble L. Brown

*Via Facsimile 248-489-8786*
Michael H. Cutler

*Via Facsimile 830-401-4565*
Ty Baker

*Via Facsimile 210-375-8588*
Carlton B. Spears

*Via Facsimile 361-289-6041*
Bobby Lee Bourlon, Sr.

*Via Facsimile 512-863-4823*
J. Randall Grimes

*Via Facsimile 214-745-1262*
Michael R. Millican

*Via Facsimile 830-608-2008*
Rose M. Latham

*Via Facsimile 830-358-7632*
Kristin Quinney Porter

*Via Facsimile 830-627-0890*
Richard T. Gindhart, Jr.

*Via Facsimile 210-855-9990*
Lance Geppert

*Via Facsimile 325-481-2552*
Samuel Allen

*Via Facsimile 281-991-6012*
Dexter Joyner

*Via Facsimile 713-844-3502*
Linebarger, Goggin, Blair, & Sampson

*Via Facsimile 956-467-1742*
John Saenz

*Via Facsimile 210-224-2035*
Daniel McNeel Lane, Jr.

*Via Facsimile 210-826-1074*
Henry Ridgeway

*Via Facsimile 210-998-3230*
Francesca R. Howland

*Via Facsimile 210-267-2982*
Keith P. Miller

*Via Facsimile 972-417-0685*
Mark Sutherland

*Via Facsimile 972-628-3616*
Mark S. Senter

*Via Facsimile: 866-706-8765*
Deborah Linnartz Wigington & Associates, PLLC
Deborah L. Wigington

amsmithlegal@aol.com
aguirrej@co.comal.tx.us
lopezm@co.comal.tx.us
amyleasjakers@theakerslawfirm.com
pfinley@reaganburrus.com
donna.pollard@dfps.state.tx.us
lawofficeofcarolinemoore@gmail.com
karnc1971@outlook.com>

*Via Facsimile 325-387-3303*
Albert C. Elliott

*Via Facsimile 713-844-3580*
Roy O. Mease & Associates

*Via Facsimile 281-484-2860*
Daniel J. Snooks

*Via Facsimile 210-735-6889*
Steven R. Brook

*Via Facsimile 210-226-8395*
C. David Kinder

*Via Facsimile 210-384-7312*
James F. Gilligan

*Via Facsimile 210-824-3937*
David C. "Clay" Snell

*Via Facsimile 469-221-5001*
Mark S. Harris

*Via Facsimile 830-620-6959*
Donald J. Jamela

*Via Facsimile 830-608-2008*
Rosanna Murray

*Via E-Mail joeg3@sbcglobal.net*
Joe Garcia